# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3089

_____

United States of America

*Plaintiff - Appellee*

v.

Douglas A. Packett, also known as Peckerwood

*Defendant - Appellant*

_____

No. 17-3382

_____

United States of America

*Plaintiff - Appellee*

v.

Douglas A. Packett

*Defendant - Appellant*

_____

Appeals from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: February 13, 2018
Filed: February 27, 2018
(Unpublished)

_____

Before GRUENDER, MURPHY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, Douglas Packett directly appeals the concurrent within-Guidelines-range sentences the district court[1] imposed upon revoking his supervised release in the underlying cases. His counsel has moved for leave to withdraw, and has filed a brief asserting that the sentences are substantively unreasonable.

Reviewing Packett's revocation sentences for an abuse of discretion, see United States v. Growden, 663 F.3d 982, 984 (8th Cir. 2011) (per curiam) (standard of review), we conclude that the sentences are not unreasonable, as both the prison terms and the supervised-release term are within the statutory limits, and the prison terms are within the applicable advisory Guidelines range, see United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009) (applying presumption of substantive reasonableness to revocation sentence within Guidelines range). We affirm the judgments, and we grant counsel leave to withdraw.

_____

_____

[1]The Honorable Laurie Smith Camp, Chief Judge, United States District Court for the District of Nebraska.